1   Marc V. Kalagian
    Attorney at Law: 149034
2   Law Offices of Rohlfing & Kalagian, LLP
    211 East Ocean Boulevard, Suite 420
3   Long Beach, CA 90802
    Tel.: (562)437-7006
4   Fax: (562)432-2935
    E-mail: rohlfing.kalagian@rksslaw.com
5
    Attorneys for Plaintiff
6   John Allen

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

JOHN ALLEN,                          )   Case No.: 2:12-CV-01678 MRW
11                                    )
              Plaintiff,             )   {~~PROPOSED~~} ORDER AWARDING
12                                    )   EQUAL ACCESS TO JUSTICE ACT
         vs.                          )   ATTORNEY FEES AND EXPENSES
13                                    )   PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                    )   AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,  )   U.S.C. § 1920
                                      )
15            Defendant               )
                                      )
16  _____  )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $410.00 as authorized

22  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:    December 7, 2012

                              _____/s/ Judge Wilner_____
24                            THE HONORABLE MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-